FILED
2009 Feb-26 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GINO BIONDI, an individual, and<br>LISA BIONDI, an individual<br><br>        Plaintiffs,<br><br>v.<br><br>ALABAMA SHORELINE, LLC,<br>an Alabama Limited Liability Company,<br><br>        Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of<br>the Federal Rules of Civil<br>Procedure or other appropriate<br>law.)<br><br>CIVIL ACTION CASE NUMBER:<br>CV-09-LSC-377-S |

TO DEFENDANT    Alabama Shoreline LLC,
                           By and Through Its Registered Agent: Mr. Thomas C. Clark, III
                           1901 6th Avenue North, Suite 2400
                           Birmingham, Alabama 35203

You are hereby summoned and required to serve upon plaintiff's attorney(s):

PATRICIA CLOTFELTER
HARRIET THOMAS IVY
PAIGE CASEY
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
420 20th STREET NORTH, SUITE 1600
BIRMINGHAM, ALABAMA 35203
(205) 328-0480

a response to the complaint which is herewith served upon you, within \_\_\_\_20\_\_\_\_ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 2-25-09                              SHARON HARRIS, CLERK

                                                             By: *[signature: Bridget S. Tyree]*

SEE REVERSE SIDE FOR RETURN                 Deputy Clerk

                                                             (SEAL OF COURT)

NOTE: A separate summons must be
prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**CASE NO.** _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____      _____
*Date*                                      *Authorized or Specially Appointed Process Server*

Costs of Service:    Service fee:                                          $
                        Expenses: _____ miles @ _____ cents    $_____

                                                       TOTAL      $