UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GINO BIONDI, an individual, and<br>LISA BIONDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALABAMA SHORELINE, LLC,<br>an Alabama Limited Liability Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>) CV 2: 09-cv-00377-LSC<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR SERVICE BY CERTFIED MAIL

Please serve the following defendant:

Alabama Shoreline, LLC
By and Through Its Registered Agent: Mr. Thomas C. Clark, III
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203

By certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

/s/ Harriet Thomas Ivy
PATRICIA CLOTFELTER
HARRIET THOMAS IVY
PAIGE CASEY

Attorneys for Plaintiffs