# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| GINO BIONDI, an individual, and <br> LISA BIONDI, an individual <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA SHORELINE, LLC, <br> an Alabama Limited Liability Company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Alias <br> **Summons** <br> **(Issued pursuant to Rule 4 of <br> the Federal Rules of Civil <br> Procedure or other appropriate <br> law.)** <br><br> **CIVIL ACTION CASE NUMBER:** <br><br> CV-09-LSC-377-S |

TO DEFENDANT    Alabama Shoreline LLC,
By and Through Its Registered Agent: Mr. Thomas C. Clark, III
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203

You are hereby summoned and required to serve upon plaintiff's attorney(s):

PATRICIA CLOTFELTER
HARRIET THOMAS IVY
PAIGE CASEY
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
420 20th STREET NORTH, SUITE 1600
BIRMINGHAM, ALABAMA 35203
(205) 328-0480

---

a response to the complaint which is herewith served upon you, within _____20_____ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: _3-5-09_

SHARON HARRIS, CLERK

By: _Bridget d. Tyree_

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)