| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X T. [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>T. D[...] |
| 1. Article Addressed to:<br><br>Alabama Shoreline, LLC<br>By and Through Its<br>Registered Agent:<br>Mr. Thomas C. Clark, III<br>1901 6th Ave. North<br>Suite 2400<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes ☑ No<br>If YES, enter delivery address below:<br><br>[stamp: MAR 0 6 2009 BIRMINGHAM]<br>CV-09-LSC-537<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0000 6757 3780 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540