FILED
2009 Mar-25 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINO BIONDI, an individual, and**<br>**LISA BIONDI, an individual**<br><br>　　**Plaintiffs,**<br><br>**v.**<br><br>**ALABAMA SHORELINE, LLC, an**<br>**Alabama Limited Liability Company**<br><br>　　**Defendant.** | **CIVIL ACTION NO.**<br>**CV-09-LSC-377-S** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Alabama Shoreline, LLC makes the following corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1:

1.　Alabama Shoreline is wholly-owned by Redstone Properties, Inc.

　　　　　　　　　　　　　　　　　Respectfully submitted by,

　　　　　　　　　　　　　　　　　s/ Bryan A. Coleman_____
　　　　　　　　　　　　　　　　　Edward S. Sledge IV
　　　　　　　　　　　　　　　　　Bryan A. Coleman
　　　　　　　　　　　　　　　　　Attorneys for Defendant

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
esledge@maynardcooper.com
bcoleman@maynardcooper.com

# CERTIFICATE OF SERVICE

I certify that on March 25, 2009 a copy of the foregoing was served on the following via the Court's CM/ECF system:

**Attorneys for Plaintiffs**
Patricia Clotfelter
Harriet Thomas Ivy
Paige Casey
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
420 North 20th St.
Suite 1600
Birmingham, AL 35203
Ph: 205.328-0480
Fax: 205.244.8315

s/ Bryan A. Coleman
OF COUNSEL