UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GINO BIONDI, et al.,, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:09-CV-00377-LSC |
| ) | |
| ALABAMA SHORELINE, LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff has filed an Amended Complaint (Doc. 19) in this matter without requesting leave of Court or indicating that the opposing party has given its written consent, pursuant to Fed. R. Civ. P. 15. Accordingly, it is hereby ORDERED that the Amended Complaint is STRICKEN from the record. Furthermore, the Court requests that all amendments to a complaint be incorporated into the complaint at issue, so that reference to another pleading is unnecessary.

Done this <u>2nd</u> day of <u>July 2009</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297