# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINO BIONDI, an individual, and** ) | |
| **LISA BIONDI, an individual,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CV 2:09-cv-00377-LSC |
| **v.** ) | |
| ) | |
| **ALABAMA SHORELINE, LLC,** ) | |
| **an Alabama Limited Liability Company,** ) | |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION TO FILE UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ATTACHMENTS THERETO UNDER SEAL

Plaintiffs Gino and Lisa Biondi (collectively, the "Biondis") hereby request leave to file their Unopposed Motion for Leave to File First Amended Complaint and the exhibit thereto (which is the proposed First Amended Complaint and all exhibits thereto) under seal. In support of this motion, the Biondis state as follows:

1.  This action arises out of a Settlement Agreement and Release (the "Settlement Agreement") entered into on or about August 6, 2008.

2.  The terms of the Settlement Agreement, which is attached to the Unopposed Motion for Leave to File First Amended Complaint as **Exhibit 1-A**, provide that the Biondis "shall not, directly or indirectly, disclose any term of this Agreement, or any other information whatsoever regarding this Agreement."

3. The Biondis state in their First Amended Complaint, which is attached to the Unopposed Motion for Leave to File First Amended Complaint as **Exhibit 1**, that there has been a material breach of the Settlement Agreement by Defendant Alabama Shoreline, LLC ("Alabama Shoreline") and (among other remedies) seek specific performance of Alabama Shoreline's obligations under the Settlement Agreement.

4. Due to the confidentiality provision, Alabama Shoreline has requested that the Biondis file their Unopposed Motion for Leave to File First Amended Complaint under seal.

WHEREFORE, PREMISES CONSIDERED, the Biondis request leave to file their Unopposed Motion for Leave to File First Amended Complaint and attachments thereto under seal.

Respectfully submitted,

/s/ Paige J. Casey
PATRICIA CLOTFELTER
HARRIET THOMAS IVY
PAIGE CASEY
Attorneys for Plaintiffs

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama  35203
Phone:  (205) 328-0480
Fax:     (205) 322-8007

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading have been served electronically or by United States Mail on July 9, 2009 on the following counsel of record:

Edward S. Sledge, IV
Bryan A. Coleman
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

                                                /s/ Paige J. Casey
                                                OF COUNSEL