# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GINO BIONDI, an individual, and <br> LISA BIONDI, an individual, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CV 2:09-cv-00377-LSC |
| v. | ) <br> ) | |
| ALABAMA SHORELINE, LLC, <br> an Alabama Limited Liability Company, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiffs Gino Biondi and Lisa Biondi (collectively the "Biondis") and Defendant Alabama Shoreline, LLC ("Shoreline") respectfully move the Court to extend the deadlines for the following: expert witness disclosures, supplementation of Rule 26 disclosures and discovery, the discovery cut-off, the joint status report, and dispositive motions.

Plaintiffs and Defendant state that this joint motion is due to be granted for good cause shown. Specifically:

1. The Court's Scheduling Order currently provides that the expert disclosure deadlines for the Biondis and Shoreline are July 17, 2009, and

September 16, 2009, respectively.[1]

2. The Parties request this Court extend the expert disclosure deadline for the Biondis to August 7, 2009 and for Alabama Shoreline to October 7, 2009 in order to facilitate certain third-party depositions.[2]

3. The Parties request said extension because scheduling conflicts have occurred that have resulted in the delay of the third-party depositions. The Biondis submit that the third-parties' testimony must be taken in order to determine the identity of necessary experts.

4. The Parties agree and respectfully submit to this Court that due to the extension of deadlines relating to experts, and in light of the July 12, 2010 trial date, it is necessary and appropriate to extend the deadlines for supplementation of disclosures and discovery, the discovery cut-off, the joint status report, and dispositive motions.

5. The supplementation deadline has been set by this Court for October 17, 2009. The Parties request that this Court extend the supplementation deadline to February 1, 2009, so that it will fall after the completion of expert discovery.

---

[1] In their Report of Parties' Planning Meeting (Doc. 11), the Parties also agreed that Plaintiffs shall tender their expert for deposition by August 17, 2009, and Defendant shall tender its expert for deposition by October 16, 2009.

[2] In accordance with the Parties' prior agreement as set forth in their Report of Parties Planning Meeting, the Biondis shall tender their expert(s) for deposition by September 7, 2009, and Shoreline shall tender its expert(s) by November 6, 2009.

6. The Parties also request that the discovery cut-off be extended from November 16, 2009 until February 1, 2010 so that it falls after the completion of expert discovery.

7. As an additional reason that the Parties request that the supplementation deadline and the discovery cut-off be extended, the Parties submit that certain material events affecting the dredge, and thus the claims and defenses of the Parties, may occur in or around the fall or winter of 2009.

8. Consistent with the foregoing requests for extensions, the Parties request that the deadline for the joint status report due on November 16, 2009 be extended until February 15, 2009 and that the deadline for dispositive motions be briefly extended from February 1, 2010 to March 1, 2010.

9. The requested extended deadlines for expert discovery, supplementation, discovery cut-off, the joint status report, and dispositive motions remain well in advance of the July 12, 2010 trial date.

10. Accordingly, for good cause shown, the Biondis and Alabama Shoreline respectfully request that this Court enter an Order extending the deadlines for expert disclosures until **August 7, 2009** for the Biondis and until **October 7, 2009** for Alabama Shoreline.

11. The Parties further request the following additional extended deadlines: (a) **February 1, 2010** – discovery cut-off and supplementation of initial

disclosures and discovery; (b) **February 15, 2010** – joint status report; and (c) **March 1, 2010** – dispositive motion deadline.

Respectfully submitted this 17th day of July, 2009.

/s/ Harriet Thomas Ivy
PATRICIA CLOTFELTER
HARRIET THOMAS IVY
PAIGE CASEY
Attorneys for Plaintiffs

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street
Suite 1600
Birmingham, Alabama 35203
Phone: (205) 328-0480
Fax: (205) 244-8315

/s/ Bryan A. Coleman
Edward S. Sledge IV
Bryan A. Coleman
Attorneys for Defendant
Filed with consent and knowledge of counsel

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
esledge@maynardcooper.com
bcoleman@maynardcooper.com