FILED
2009 Aug-07 AM 11:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GINO BIONDI, an individual, and<br>LISA BIONDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALABAMA SHORELINE, LLC,<br>an Alabama Limited Liability Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 2:09-cv-00377-LSC |

**JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' EXPERT DISCLOSURE**

Plaintiffs Gino and Lisa Biondi and Defendant Alabama Shoreline, LLC ("Alabama Shoreline") hereby jointly move this Court for good cause to extend the deadline for Plaintiffs' expert disclosure by one week until August 14, 2009. As grounds for this motion, the Parties would show the Court as follows:

1. The Parties are currently working to finalize motions that would result in the dismissal of Counts II through V of the Plaintiffs' First Amended Complaint and that would request certain amendments to the Scheduling Order that the Parties respectfully submit will be merited by the dismissal of said counts and will serve to conserve the resources of the Parties and the Court.

2. The Parties require additional time to finalize said motions because the representative of Alabama Shoreline having personal knowledge of the anticipated schedule of certain material events – namely, the schedule for work and completion of the dredge at issue in this case – has been on vacation and will not return to the office until August 10, 2009.

3. The Parties intend to finalize and file the motions referenced herein relating to the dismissal of Counts II through V and the streamlining of this case during the week of August 10, 2009. In an abundance of caution, however, the Parties request that this Court extend the deadline for Plaintiffs' expert disclosure from August 7, 2009 until August 14, 2009.

Respectfully submitted this 7th day of August, 2009.

/s/Harriet Thomas Ivy
PATRICIA CLOTFELTER
HARRIET THOMAS IVY
PAIGE CASEY
Attorneys for Plaintiffs

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street
Suite 1600
Birmingham, Alabama 35203
Phone: (205) 328-0480
Fax: (205) 244-8315

/s/ Edward S. Sledge IV
Edward S. Sledge IV
Bryan A. Coleman

Attorneys for Defendant
Filed with consent and knowledge of counsel

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
esledge@maynardcooper.com
bcoleman@maynardcooper.com