UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GINO BIONDI, an individual, and<br>LISA BIONDI, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>ALABAMA SHORELINE, LLC,<br>an Alabama Limited Liability Company,<br><br>    Defendant. | CV 2:09-cv-00377-LSC |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF COUNTS II THROUGH V OF PLAINTIFFS' FIRST AMENDED COMPLAINT

COME NOW Plaintiffs Gino and Lisa Biondi and Defendant Alabama Shoreline, LLC, by and through their undersigned counsel, and hereby stipulate that Counts II through V of Plaintiffs' First Amended Complaint may be dismissed, with prejudice, with each party to bear its own costs. Count I of Plaintiffs' First Amended Complaint shall remain pending.

Respectfully submitted this 14th day of August, 2009.

/s/ Harriet Thomas Ivy
PATRICIA CLOTFELTER
HARRIET THOMAS IVY
PAIGE CASEY
Attorneys for Plaintiffs

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street
Suite 1600
Birmingham, Alabama 35203
Phone: (205) 328-0480
Fax:    (205) 244-8315

_____
Edward S. Sledge IV
Bryan A. Coleman
Attorneys for Defendant

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
esledge@maynardcooper.com
bcoleman@maynardcooper.com