UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GINO BIONDI, et al.,, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:09-CV-00377-LSC |
| | ) | |
| ALABAMA SHORELINE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The Court acknowledges receipt of the parties' joint stipulation of dismissal, which was filed on August 14, 2009.  (Doc. 28.)  In accordance with the joint stipulation, Counts II, III, IV, and V of Plaintiffs' First Amended Complaint (Doc. 25) are DISMISSED with prejudice.

Done this 28th day of August 2009.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297